In the Matter of the Application of the METROPOLITAN ELEVATED RAILWAY COMPANY, as to Acquiring Title to Real Estate.

In the Matter of WATSON et al.

*Court of Appeals, June 23, 1891.*

*Appeal. Award.*—An appeal to the court of appeals cannot be taken from a decision of the general term of the supreme court, rendered upon the appraisal and report of commissioners appointed under Chap. 606 of 1875.

Appeal from order of the supreme court, general term, first department, affirming orders confirming awards.

*Edwin M. Felt*, for appellant.

33

*Julien T. Davies*, for respondent.

GRAY, J.—I think that this court has no jurisdiction to review a decision of the supreme court, rendered upon the appraisal and report of its commissioners. It has been so held in proceedings to acquire property rights taken under the provisions of the general railroad act of 1850, and so, by parity of reasoning, we must hold where the petitioner is incorporated, and proceeds under what is commonly known as the rapid transit act (chap. 606, Laws of 1875). In the latter act, the provisions respecting the acquisition of lands, *in invitum* the owner thereof, are similar as to the procedure to those prescribed in the act of 1850. However serious, therefore, the error of the commissioners may have been in the rejection of the proof relating to the prior adjudication in the equity action between these parties, there is no power in this court to review it, upon an appeal from the order of confirmation.

Appeal dismissed, with costs to the respondent.

All concur, except FINCH, J., absent.

NOTE.

See further, Matter of Board, etc., 111 N. Y. 581 ; Chape *v.* State, 117 Id. 511 ; Matter of S. B. R. R. Co., 128 Id. 93 ; Sayre *v.* State, 123 Id. 291 ; Matter of Petition, etc., 98 Id. 12; State *v.* County of Kings, 125 Id. 312; People *v.* Dennison, 84 Id. 281; De Hart *v.* Hatch, 3 Hun, 375.